IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JEROD MATTHEW SMITH                                                             PLAINTIFF

v.                                    Case No. 3:11-CV-03035

HEATH C. NICHOLAS AND PAULETTE
NICHOLAS; UNITED STATES OF AMERICA,
INTERNAL REVENUE SERVICE; TIMOTHY
J. LEATHERS, ARKANSAS DEPARTMENT
OF FINANCE AND ADMINISTRATION;
ARTEE WILLIAMS, ARKANSAS WORKFORCE SERVICES;
PROFESSIONAL CREDIT MANAGEMENT, INC.;
and THE ARKANSAS OFFICE OF CHILD SUPPORT
ENFORCEMENT                                                                       DEFENDANTS

UNITED STATES OF AMERICA, INTERNAL
REVENUE SERVICE                                                             COUNTER-CLAIMANT

v.

JEROD MATTHEW SMITH                                                   COUNTER-DEFENDANT

## ORDER OF DISMISSAL

On November 7, 2012, the Court received confirmation from the United States Marshals Service of the judicial sale of the real property at issue in the instant dispute.  Accordingly, it appearing to the Court that dismissal of this case is now proper, it is hereby **ORDERED** that this case be **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 20th day of November, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE